**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __1st__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Fernando G. Garcia      JOINT DEBTOR: Davia Campillo Garcia   CASE NO.: 16-22144 LMI
Last Four Digits of SS# 6243     Last Four Digits of SS#   3410

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ 623.17    for months   1   to   60  ;
- B.  $            for months        to       ;
- C.  $            for months        to       ; in order to pay the following creditors

Administrative:    Attorney's Fee - $3,500.00 + 500.00 + 175.00 Costs = $4,175.00 TOTAL PAID $ 1,300.00
                   Balance Due-  $2,875.00
                   Payable-      $ 479.17 /month (Months  1  to  6 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date    $_____
Address: _____    Payment    $____/month  (Months ___ to ___)
         _____    Payment    $____/month  (Months ___ to ___)
Account No: _____  Payment    $____/month  (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Robert A. Rosenblatt, PA (2nd Mtg) 7695 SW 104 St, Fl2 Miami, FL 33156 Acct # Bk25745/Pg888 | Homestead 4600 SW 134 Ave Miami, FL 33175 Value $306,454.00 | 0.00% | $ 0.00 | 1 to 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____  Total Due $_____
                           Payable  $_____/month (Months_____ to _____)

Unsecured Creditors:  Pay $ 81.68 month  (Months 1  to  6 ), $ 560.85 month (Months 7 to 60 ). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Ally Financial (2012 Dodge) and Nationstar Mortgage (Mtg) are being paid outside the Chapter 13 Plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____          _____/s_____
Debtor                                   Joint Debtor
Date:      11/15/2016                    Date:      11/15/2016

LF-31 (rev. 01/08/10)